IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SINO STAR GLOBAL LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>PROEXPRESS DISTRIBUTOR LLC, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01216-GLR |

**AGREED MOTION FOR INITIAL EXTENSION OF TIME TO FILE ANSWER**

Plaintiff Sino Star Global Ltd. ("Plaintiff") and Defendants Proexpress Distributor LLC and Shenzhen Saina Electronic Technology Co., Ltd. (collectively, "Defendants") file this Agreed Motion for an Initial Extension of Time for Defendants to File their Answer.  The parties respectfully show the following:

Plaintiff filed its Complaint in this matter on May 8, 2023 (Dkt. No. 1).  Defendants were served with the Complaint on June 16, 2023 (Dkt Nos. 5-6).  The current deadline for Defendants to answer is July 7, 2023.  The parties have agreed to, and respectfully request, a 21-day extension of this deadline up to and including July 28, 2023.

The reason for this extension is to allow Defendants additional time to investigate the allegations of the Complaint.  Granting the requested extension will not impact any other deadlines.

Respectfully submitted,

*/s/ Benjamin J. Campbell*
Paul A. Fenn, Esq. (Fed. Bar No. 25656)
Benjamin J. Campbell, Esq. (Fed. Bar No. 21543)
CONTI FENN, LLC
36 South Charles Street
Suite 2501
Baltimore, Maryland 21201
Telephone: 410-837-6999
Facsimile: 410-510-1647
paul@contifenn.com
ben@contifenn.com
*Attorneys for Plaintiff Sino Star Global Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, the foregoing Motion and accompanying Proposed Order was served via regular and electronic mail to:

PROEXPRESS DISTRIBUTOR LLC.
4907 International Blvd., Ste. 105,
Frederick, Maryland 21703
ruoli.express@gmail.com
*Defendant*

SHENZHEN SAINA ELECTRONIC TECHNOLOGY CO., LTD.
4907 International Blvd., Ste. 105
Frederick, Maryland 21703,
tengzhenzhong@cnest.net
*Defendant*

*/s/ Benjamin J. Campbell*
Paul A. Fenn, Esq. (Fed. Bar No. 25656)
Benjamin J. Campbell, Esq. (Fed. Bar No. 21543)
CONTI FENN, LLC
36 South Charles Street
Suite 2501
Baltimore, Maryland 21201
Telephone: 410-837-6999
Facsimile: 410-510-1647
paul@contifenn.com
ben@contifenn.com
*Attorneys for Plaintiff Sino Star Global Ltd.*