IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SINO STAR GLOBAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> PROEXPRESS DISTRIBUTOR LLC, et al., <br><br> Defendants. | Case No. 1:23-cv-01216-GLR |

## ORDER

Upon consideration of Sino Star Global LTD's ("Sino Star") Motion for Default Judgment, it is this 23rd day of October, 2023 by the United States District Court for the District of Maryland hereby:

ORDERED, that the Motion for Default Judgment (ECF No. 11) is GRANTED;

IT IS FURTHER ORDERED that a Default Judgment is ENTERED against Proexpress Distributor LLC and Shenzhen Saina Electronic Technology Co., Ltd. (collectively, "Defendants"), jointly and severally, and in favor of Sino Star for infringement of Sino Star's U.S. Patent No. 7,304,635;

IT IS FURTHER ORDERED that a Default Judgment is ENTERED against Defendants, jointly and severally, and in favor of Sino Star for infringement of Sino Star's U.S. Patent No. 7,009,596;

IT IS FURTHER DECLARED that Defendants have infringed upon Sino Star's U.S. Patent No. 7,304,635 in the manner alleged in Sino Star's Complaint (ECF No. 1);

IT IS FURTHER ORDERED that Defendants are to immediately CEASE and DESIST from infringing upon Sino Star's U.S. Patent No. 7,304,635 in the manner alleged in Sino Star's Complaint (ECF No. 1);

IT IS FURTHER DECLARED that Defendants have infringed upon Sino Star's U.S. Patent No. 7,009,596 in the manner alleged in Sino Star's Complaint (ECF No. 1);

IT IS FURTHER ORDERED that Defendants are to immediately CEASE and DESIST from infringing upon Sino Star's U.S. Patent No. 7,009,596 in the manner alleged in Sino Star's Complaint (ECF No. 1);

IT IS FURTHER ORDERED that Sino Star may APPLY to this Court for further relief from any violation(s) of this Court Order; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

George L. Russell, III
United States District Judge